```
 1  JOHN BALAZS, Bar #157287
    Attorney At Law
 2  916 2nd Street, 2nd Floor
    Sacramento, California 95814
 3  Telephone: (916) 505-1687
    John@Balazslaw.com
 4
    Attorney for Claimant
 5  JOHN HAYES, JR.

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      ) No. CV-S 03-1264-DFL
                                   )
13                  Plaintiff,     )
                                   ) APPLICATION AND ORDER RE
14       v.                        ) SUBSTITUTION OF COUNSEL
                                   )
15  APPROXIMATELY $6,161.00 IN U.S.)
    CURRENCY,                      )
16                                 )
                    Defendant.     )
17  _____  )
    JOHN HAYES, JR.                )
18                                 )
                    Claimant.      )
19  _____  )
```

20    The Court has appointed counsel John Balazs to represent the
21 defendant John Hayes, Jr. in criminal case no. CR-S 02-450-DFL and the
22 appeal of Mr. Hayes's conviction in that case.  The instant case is a
23 civil forfeiture proceeding that is related to criminal case no. CR-S
24 02-450-DFL.  Mr. Hayes was formerly represented by appointed counsel
25 Michael Bigelow and Clarence Emmett Mahle with respect to case no. CR-S
26 02-450-DFL, and the instant civil forfeiture action.
27    The docket sheet in the instant civil forfeiture proceeding still
28 lists only Michael Bigelow as counsel of record.  Attorney John Balazs

1  hereby applies for an order that he be substituted in and designated as
2  counsel of record for claimant John Hayes, Jr. in the above-captioned
3  case.

## ORDER

IT IS HEREBY ORDERED that attorney John Balazs be substituted in and designated as counsel of record for claimant John Hayes, Jr. in the above captioned case.

Dated: May 19, 2005

_____
DAVID F. LEVI
United States District Judge

2